UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No. 00-6064-CIV-ZLOCH

UNITED STATES OF AMERICA,
          Plaintiff,

v.

TUNDE OLANIYA
          Defendant.
_____/



### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant TUNDE OLANIYA, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By:   MARY F. DOOLEY
          ASSISTANT U.S. ATTORNEY
          99 N.E. 4TH STREET, Suite 300
          Miami, FL 33132
          Tel No. (305) 961-9
          Fax No. (305) 530-7195
          Bar No. A5500282

DATED 3/2/00

