UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6064-CIV-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.
                                          **FINAL ORDER OF DISMISSAL**

TUNDE OLANIYA,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal Without Prejudice, bearing file stamp of the Clerk of this Court dated March 3, 2000, filed herein by the Plaintiff, United States of America. The Court has carefully reviewed said Notice and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   Plaintiff's Notice Of Voluntary Dismissal Without Prejudice be and the same is hereby approved, adopted and ratified by the Court;

    2.   The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and



3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _3rd_ day of March, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Mary F. Dooley, Esq., AUSA
For Plaintiff