AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

v.

TUNDE OLANIYA

TO: (Name and Address of Defendant)

> TUNDE OLANIYA
> 9261 NW 18TH ST
> FORT LAUDERDALE, FL 333225231

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

> Mary F. Dooley
> Assistant United States Attorney
> 99 NE 4TH STREET
> 3RD FLOOR
> MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX                                      _____ DATE
CLERK OF THE COURT

BY DEPUTY CLERK  *Martha Diaz*




# AFFIDAVIT OF SERVICE

Case No: 00-6064 CIV ZLOCH

---------- TO BE SERVED ----------                    ---------- COURT ----------
TUNDE OLANIYA                                          IN THE UNITED STATES DISTRICT COURT,
9261 N.W. 18TH STREET                                  IN AND FOR THE SOUTHERN DISTRICT OF
FORT LAUDERDALE, FLORIDA 33322-5031                    FLORIDA


UNITED STATES OF AMERICA                               ---------- WRIT ----------
VS.
TUNDE OLANIYA                                          SUMMONS (20 DAY O.T)


---------- SERVED FOR ----------                       ---------- INFORMATION ----------
MARY C. DOOLEY, AUSA                                   Court Date :
                                                       Court Time :
99 N.E. 4th STREET, SUITE 300                          Witness Fee$
MIAMI, FLORIDA 33132                                   Doc. Type  : Original
                                                       Atty File #:

I received this process 02/15/00 at 4:27 PM and it was not served.

    On: TUNDE OLANIYA
    At: 9261 N.W. 18TH STREET
        FORT LAUDERDALE, FLORIDA 33322-5031


NO SERVICE:

For the reason that after diligent search and inquiry, I failed to find said
TUNDE OLANIYA, in DADE COUNTY, FLORIDA.


OTHER RETURNS:




I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above         The foregoing instrument was acknowledged
action, am over 18 years of age, that the above affi-       before me this 06 day of March, 2000
davit is true and correct, and that service was made        BY DENNIS J. CAPLAN,
in accordance with Rule 1.410(C) Florida R.C.P., and        who is personally known to me, or who has
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and       produced a      D/L      as identification
Section 520 Et. Seq.                                        and who   DID   take an oath.

PROCESS SERVER: DENNIS J. CAPLAN (163)                 NOTARY PUBLIC OR PUBLIC OFFICER
CAPLAN/MARKOWITZ & KAYE   (305) 374-3426               AND TITLE OR RANK / CCN
CPS Number:   752681



BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
Fla. Notary Service & Bonding Co
1-800-3-NOTARY